Arent Fox LLP / **New York, NY** / Washington, DC / Los Angeles, CA

# Arent Fox

USDC SDNY
DOCUMENT
MEMO ENDORSED
DATE FILED: 9/26/11

RECEIVED SEP 2 3 2011 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**Temitope K. Yusuf**
Attorney
212.457.5489 DIRECT
212.484.3990 FAX
yusuf.temitope@arentfox.com

September 22, 2011

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Rm. 650
New York, New York 10007

Re:   *Azzolini v. Marriott International, Inc.*
      99 Civ. 11605 and 03 Civ. 4345

> A conference is scheduled for 10/17/11 at 10:00 a.m. The senior principal for each side must attend.
>
> SO ORDERED:
> Date: 9/26/11
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We are in receipt of your Honor's order entered Friday September 16, 2011 denying our request for an extension to comply with your order of September 6, 2011. We write to inform your Honor that we have contacted plaintiff's attorney several times prior to and since your Honor's order and have yet to receive a response from plaintiff's attorney or a 2011 W4 from his client.

Under IRS publication 15 (Circular E) Employer's tax Guide which discusses Invalid Forms W-4, "Any unauthorized change or addition to Form W-4 makes it invalid. This includes taking out any language by which the employee certifies the form is correct. A Form W-4 is also invalid if, by the date an employee gives it to you, he or she indicates in any way it is false. An employee who submits a false Form W-4 may be subject to a $500 penalty. **You may treat a Form W-4 as invalid if the employee wrote "exempt" on line 7 and also entered a number on line 5 or an amount on line 6.**" (Emphasis added.)

An employer may not issue a payroll check if the W4 contains an exemption and seeks withholdings. In this instance, Mr. Azzolini's 2010 W4 requests an exemption and claims withholdings. Marriott cannot determine whether Mr. Azzolini is exempt or claiming withholdings, as such Marriott is unable to issue the check.

Please note that Marriott wishes to be in total compliance with your Honor's order, however given the conflict between your Honor's order and this rule, we respectfully request that your

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

SMART IN YOUR WORLD®

The Honorable
Richard M. Berman
September 22, 2011
Page 2

# Arent Fox

Honor order Mr. O'Neill to provide Marriott with a 2011 W4 for his client so that we may issue the check pursuant to your Honor's order.

Respectfully submitted,

*[signature]*

Temitope K. Yusuf


cc:     Michael G. O'Neill (via Facsimile)

TKY/jma